# *Personal Resume*
## *Of*
## *Rickie D. Spann*

**Address**:  111A South 4th Street  (Office)
122 Saratoga Drive  (Home)
P.O. Box 67  (Mailing)
Murray, KY  42071

**Telephone:**  (270)753-7724  - Office
(270)753-7519  -  Fax
spannapp@murray-ky.net   -Email

## Objective:

The professional real estate appraiser is one who estimated the value of real estate (land and/or building).  The appraiser's estimate of property value will have a significant effect on many aspects of a real estate transaction, whether it is for a sale, insurance commitment, mortgage loan, or other purposes.  Since the appraiser has no vested interest in the amount of the estimate of value, he/she is allowed to view the relative merits, appeal, and value of a property as objectively as possible.  In fact, impartiality, objectivity, and a sure knowledge of appraising fundamentals are the professional appraiser's chief credentials.

## License & Qualifications:

**Certified Residential Real Property Appraiser, Certificate # 001167**
- This certificate has been held without incident from 1992 to Present
- HUD/FHA approved appraiser since November of 2000

**Successful completion of Certified General Exam-March 2007**

## Community Services:

Calloway County Tax Assessment Appeals Board (2008)  Chairman
Calloway County Tax Assessment Appeals Board (2007)  Chairman
Calloway County Tax Assessment Appeals Board (2006)  Chairman
Calloway County Tax Assessment Appeals Board (2005)
Calloway County Tax Assessment Appeals Board (2003)
Calloway County Tax Assessment Appeals Board (2002)
Calloway County Tax Assessment Appeals Board (2001)
Pro-Bono work provided to Life House & Habitat for Humanity

## Memberships & Affiliations:

Member of Murray Calloway County Board of Realtors
Member of West Kentucky Regional MLS
Member of Murray Main Street
Member of Chamber of Commerce

## Special Education:

| | |
|---|---|
| Basic Appraisal Principles<br>Louisville, KY | 6 hours |
| Residential Valuation<br>Indianapolis, IN | 36 hours |
| Appraisal Standards & Ethics<br>Louisville, KY | 15 hours |
| Appraisal Review<br>Louisville, KY | 4 hours |
| The New Uniform Residential Appraisal Report<br>Lexington, KY | 7 hours |
| Residential Construction & Inspection<br>Louisville, KY | 7 hours |
| USPAP Seminar<br>Gilbertsville, KY | 4 hours |
| Fair Housing Seminar<br>Bowling Green, KY | 5 hours |

## **Special Education:  (Continued)**

| | |
|---|---|
| Multi-Family Residential Appraisal<br>Louisville, KY | 7 hours |
| Uniform Standards of Professional Practice<br>Gilbertsville, KY | 3 hours |
| Appraising & The Internet<br>Louisville, KY | 7 hours |
| Appraiser Liability and the KY Law<br>Paducah, KY | 7 hours |
| Appraising High Values & Historic Homes<br>Louisville, KY | 7 hours |
| 1998-99 KREAM Seminar<br>Paducah, KY | 3 hours |
| EDI & Office Automation<br>Bowling Green, KY | 7 hours |
| KREAB 2000 USPAP, Update & Issues<br>Impacting the Appraisal Profession | 4 hours |
| KREAB 2001 USPAP, Update & Issues<br>Impacting the Appraisal Profession | 4 hours |
| KREAB 2002 USPAP, Update & Issues<br>Impacting the Appraisal Profession | 4 hours |
| Appraisal of Income Producing Property<br>Par A & B including exam  (Exam passed) | 5 hours |
| KREAB 2004 USPAP, Update & Issues<br>Impacting the Appraisal Profession | 7 hours |
| Writing a Scope of the Work | 7 hours |
| ANSI Residential Measuring<br>Paducah, KY | 3 hours |
| Dysfunctional Appraisals<br>Paducah, KY | 4 hours |

## **Special Education:  (Continued)**

| | |
|---|---|
| National USPAP<br>Paducah, KY | 15 hours |
| National USPAP-Update<br>Paducah, KY | 7 hours |
| FHA & New Residential Appraisal Forms<br>Paducah, KY | 7 hours |
| Statistics, Modeling & Finance<br>Harrodsburg, KY | 15 hours |
| Subdivision Valuation<br>Paducah, KY | 7 hours |
| National USPAP-Update<br>Paducah, KY | 7 hours |
| Appraisal Practice 2009<br>Paducah, KY | 7 hours |
| National USPAP 2010-2011<br>Paducah, KY | 7 hours |
| Site Improvements<br>Paducah, KY | 7 hours |

**Partial Client List:**

BB & T  Bank                                              Mrs. Libby Slayton
5th & Main Street
Murray, KY  42071
(270)767-2265

Heritage Bank                                            Mr. Jimmy Dan Hicks
210 North 12th Street
Murray, KY  42071
(270)753-7921

The Murray Bank                                          Mr. Bob Hargrove
405 South 12th Street
Murray, KY  42071
(270)753-2265

Gregory , Easley & Ernstberger  Law Office               Mr. Sid Easley
204 South 6th Street
Murray, KY  42071
(270)753-2633

Attorney Ricky Lamkin                                    Mr. Ricky Lamkin
304 North 4th Street
Murray, KY  42071
(270)753-1737

Haverstock, Bell & Pitman                                Mr. Gary Haverstock
Attorneys At Law
211 South 12th Street
Murray, KY  42071
(270)753-1694